Opinion issued April 28, 2026



In The

# Court of Appeals

For The

# First District of Texas

_____

**NO. 01-26-00350-CV**

**NO. 01-26-00351-CV**

**NO. 01-26-00352-CV**

**NO. 01-26-00353-CV**

_____

## IN RE DARYL F. LONGWORTH AND R. J. PARHAM, Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relators, Daryl F. Longworth and R. J. Parham, filed a petition for writ of mandamus arising out of four related trial court causes in suits affecting the

parent-child relationship.[1]  Relators' petition for writ of mandamus challenges the trial court's August 24, 2023 "Final Order" assessing sanctions against relators and Donna Valverde.  Relators were counsel for Valverde in the underlying trial court causes and related appeals.  Relators' petition asserted that the trial abused its discretion by sanctioning them, and therefore, relators requested that this Court "reverse and render the sanctions against" them.

We conclude that relators have failed to establish they are entitled to mandamus relief, and therefore, the Court denies relators' petition for writ of mandamus.  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.

---

[1]  The underlying cases are *In the Interest of E.J.M., a Child*, Cause Nos. 2020-01300J, 2020-78553, 2022-68548, and 2023-13857, in the 313th District Court of Harris County, Texas, the Honorable Natalia Oates presiding